JOSEPH A. MANDOUR, III (SBN 188896)
BEN T. LILA (SBN 246808)
MANDOUR & ASSOCIATES, APC
16870 West Bernardo Drive, Suite 400
San Diego, CA 92127
Telephone:  (858) 487-9300
Facsimile: (858) 487-9390
Email: jmandour@mandourlaw.com

Attorneys for plaintiff,
JEWELS OBSESSION, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEWELS OBSESSION, LLC, a Nevada Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> TNT FACTORY, INC., a California Corporation <br><br> Defendant. | **Civil Case No. 14 CV 7239** <br><br> **COMPLAINT FOR COPYRIGHT INFRINGEMENT** <br><br> **DEMAND FOR JURY TRIAL** |

Plaintiff JEWELS OBSESSION, LLC (hereinafter "plaintiff"), by and through its counsel, alleges as its complaint against TNT FACTORY, INC. (hereinafter "defendant") as follows:

\\

## NATURE OF THE ACTION

1. This is an action for copyright infringement under federal law pursuant to 17 U.S.C. § 501, *et seq*.

## THE PARTIES

2. Plaintiff JEWELS OBSESSION, LLC is a Nevada limited liability company doing business in Las Vegas, Nevada.

3. Defendant TNT FACTORY, INC. is a California corporation doing business as "Metal Factory" with a business address at 620 Cadiz Street, Monterey Park, California 91754.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction over this lawsuit under 28 U.S.C. § 1338 because the action arises under the copyright laws of the United States.

5. This Court has personal jurisdiction over defendant because defendant resides in and has transacted business in the Central District of California. Further, on information and belief, the defendant systematically and continuously directs business activities toward and into the Central District of California through sales, marketing and advertising on its publicly accessible interactive Internet website Amazon.com.

6. Defendant, on its web pages at Amazon.com, purports to provide shipping to 50 states throughout the U.S., including the Central District of California. Thus, all content that infringes plaintiff's copyright is for sale to consumers in the Central District of California.

7. On information and belief, defendant entered into systematic and continuous business in the District by offering for sale and shipping using the infringing content. In view of the foregoing, plaintiff's claims arise from defendant's contact with the Central District of California.

8. Venue is proper and reasonable in this district under 28 U.S.C. §

1391(b) because defendant resides in the district, a substantial part of the events or omissions giving rise to this claim for copyright infringement occurred in this district, and defendant has significant, substantial and continuous contacts with the district.

## FACTS

9. Plaintiff JEWELS OBSESSION, LLC is a business that designs and sells jewelry, including but not limited to rings, that are sold on the website Amazon.com among other places.

10. One of plaintiff's ring designs is the subject of U.S. Copyright Registration No. VA 1-906-913. As such, plaintiff's work is entitled to a statutory presumption of valid copyright rights. Attached hereto as **Exhibit A** is a true and correct copy of plaintiff's copyright registration. Plaintiff is the owner and assignee of U.S. Copyright Registration No. VA 1-906-913. Any and all rights to this copyrighted work and the registration were assigned to plaintiff as of October 6, 2011.

11. Attached hereto as **Exhibit B** is a true and correct copy of a photograph of plaintiff's work.

12. On information and belief, defendant TNT FACTORY, INC. maintains or is otherwise responsible for posting the content found hosted on the third-party website Amazon.com. Through this website, defendant has published a photograph that was either identical or substantially similar to plaintiff's work.

13. On information and belief, defendant offered for sale and sold exact copies of plaintiff's rings and infringed plaintiff's copyrighted work.

14. When plaintiff informed defendant of said infringement, defendant made and offered for sale substantially similar designs that infringed plaintiff's work. Attached hereto as **Exhibit C** are defendant's substantially similar copies.

15. The Amazon.com website is a publicly accessible interactive website that advertises to visitors and allows visitors to make purchases and track orders.

16.     Due to the similarity of products sold by plaintiff and defendant, the parties compete directly for many of the same consumers.

17.     Defendant's copying and republication without authorization was thus willful, oppressive, malicious and with wrongful intent to infringe the rights of plaintiff.

## CLAIMS FOR RELIEF

### First Claim for Relief

### (Copyright Infringement)

18.     Plaintiff repeats and incorporates by reference the statements and allegations in paragraphs 1 to 17 of the complaint as though fully set forth herein.

19.     At all times relevant hereto, plaintiff has been the owner of all copyright rights or rights to assert copyright claims for its ring design and all derivative works.

20.     Without authorization, defendant used, copied, reproduced, and republished the copyrighted material.  Defendant's copying, reproduction, and republication were commercial in character and purpose.  Defendant either completely or substantially used plaintiff's copyrighted content.  Because the copying was for the purpose of competing with plaintiff, it did not constitute fair use under any doctrine of copyright law.

21.     Plaintiff did not authorize defendant's copying, displaying, or republishing of the works.  Defendant infringed the copyrights of plaintiff's creative works by reproducing, republishing, publicly displaying, and creating derivatives of the works.

22.     As a result of defendant's infringement, plaintiff has suffered, and will continue to suffer, substantial losses.

23.     Defendant knew the infringed works belonged to plaintiff and that they did not have authorization to exploit plaintiff's works.  Defendant's infringements were, therefore, willful.

24. On information and belief, defendant induced, caused and materially contributed to the infringing acts of others by encouraging, inducing, allowing, and assisting others to reproduce and republish plaintiff's works. Further, on information and belief, defendant had knowledge of the infringing acts of others relating to plaintiff's copyrighted works.

25. On information and belief, defendant has the right and ability to control the infringing acts of the individuals and entities that directly infringed plaintiff's works. Further, on information and belief, defendant obtained a direct financial benefit from the infringing activities of the individuals or entities that directly infringed plaintiff's works.

26. Defendant's actions, as set forth above, constitute copyright infringement in violation of the Copyright Act, 17 U.S.C. § 501, *et seq.*, all to the damage of plaintiff as previously alleged.

## **PRAYER FOR RELIEF**

WHEREFORE, plaintiff asks that this Court grant judgment against defendant for the following:

A. Defendant, its officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with any of them, be temporarily restrained, and preliminarily and permanently enjoined from:

    i. infringing plaintiff's copyrighted works;

    ii. competing unfairly with plaintiff in any manner, including infringing any of plaintiff's copyright rights; and

    iii. conspiring, encouraging, inducing, allowing, abetting, or assisting others in performing any of the activities referred to in subparagraphs (i) - (ii) above.

B. Defendant, its officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with any of them, deliver

for destruction, or show proof of destruction of, any and all products, labels, signs, prints, packages, wrappers, receptacles, and advertisements, and any other materials in their possession or control that depict or reference any of plaintiff's copyrighted materials, any materials or articles used for making or reproducing the same.

C. Defendant file with the Court and serve on plaintiff, within 30 days after the entry and service on defendant of an injunction, a report in writing and attested to under penalty of perjury setting forth in detail the manner and form in which defendant have complied with the provisions of subparagraphs (A) and (B) above.

D. Plaintiff recovers all damages it has sustained as a result of defendant's copyright infringement.

E. An accounting be directed to determine defendant's profits resulting from their infringement and unfair competition and that the profits be paid over to plaintiff, increased as the Court determines is appropriate to the circumstances of this case.

F. Plaintiff be awarded statutory damages.

G. Plaintiff be awarded its reasonable attorneys' fees for prosecuting this action.

H. Plaintiff recover its costs of this action and pre-judgment and post-judgment interest, to the full extent allowed by law.

I. Plaintiff receives all other relief the Court deems appropriate.

\\
\\
\\
\\
\\
\\

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury on its claims herein and all issues and claims so triable in this action.

Respectfully submitted,

Dated: September 16, 2014

MANDOUR & ASSOCIATES, APC

/s/ Ben T. Lila
Ben T. Lila (SBN 246808)
blila@mandourlaw.com
Attorneys for plaintiff,
JEWELS OBSESSION, LLC

**EXHIBIT A**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
VA 1-906-913

Effective date of registration:
May 21, 2013

## Title

| | |
|---|---|
| Title of Work: | Crown Ring |
| Previous or Alternative Title: | Princess Ring |
| | Tiara Ring |

## Completion/Publication

| | | | |
|---|---|---|---|
| Year of Completion: | 2011 | | |
| Date of 1st Publication: | October 6, 2011 | Nation of 1st Publication: | United States |

## Author

| | | | |
|---|---|---|---|
| ▪ Author: | Juliet Aydin | | |
| Author Created: | jewelry design | | |
| Work made for hire: | No | | |
| Citizen of: | United States | Domiciled in: | United States |
| Year Born: | 1987 | | |

## Copyright claimant

| | |
|---|---|
| Copyright Claimant: | Juliet Aydin |
| | 28652 Tomelloso, Mission Viejo, CA, 92692, United States |

## Certification

| | |
|---|---|
| Name: | Benson Ling |
| Date: | May 17, 2013 |
| Applicant's Tracking Number: | 506721329 |

| | |
|---|---|
| Correspondence: | Yes |

# EXHIBIT B



EXHIBIT B

**EXHIBIT C**





EXHIBIT C